

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-16-00400-CR

Minerva **ALCORTA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR9807
Honorable Melisa Skinner, Judge Presiding

# O R D E R

We grant court reporter Mary Beth Sasala's motion for extension of time to file the record. We **order** the record filed by **September 30, 2016**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court